Clear Form

Filed

FEB 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DMR

Fariba Heidari             )
                           )
             Plaintiff,    )   CASE NO. CV 12-00558
                           )
     vs.                   )   APPLICATION TO PROCEED
                           )   IN FORMA PAUPERIS
DOG EAR PUBLISHING LLC, et.al )   (Non-prisoner cases only)
                           )
             Defendant.    )
_____)

I, __Fariba Heidari_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?                    Yes ____ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received.
2 | 08/29/2011, about $1800.00 per month
3 |
4 |

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?     Yes ___ No ✔

    b. Income from stocks, bonds, or royalties?     Yes ___ No ✔

    c. Rent payments?     Yes ✔ No ___

    d. Pensions, annuities, or life insurance payments?     Yes ___ No ✔

    e. Federal or State welfare payments, Social Security or other government source?     Yes ✔ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

I have received a one time rent help from Emergency Assistance Network for $500.00

Also I was getting General assistance for October, November, and December 2011

3. Are you married?     Yes ___ No ✔

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support:$ _____

     b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

1      children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2      _____

3      _____

4      5.    Do you own or are you buying a home?      Yes ____ No ✔

5      Estimated Market Value: $_____ Amount of Mortgage: $_____

6      6.    Do you own an automobile?      Yes ✔ No ____

7      Make Toyota      Year 1994      Model Tercel

8      Is it financed? Yes ____ No ✔ If so, Total due: $_____

9      Monthly Payment: $_____

10    7.    Do you have a bank account? Yes ✔ No ____ (Do not include account numbers.)

11    Name(s) and address(es) of bank: Wells Fargo

12    60 S Market St # 900 San Jose (408) 277-6535

13    Present balance(s): $ 22.24

14    Do you own any cash? Yes ✔ No ____ Amount: $ 2.00 for my VTA going home.

15    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16    market value.)      Yes ____ No ✔

17    _____

18    8.    What are your monthly expenses?

19    Rent: $ 570.00      Utilities: $367.00

20    Food: $ 163.00      Clothing: _____

21    Charge Accounts:

22    Name of Account      Monthly Payment      Total Owed on This Account

23    _____    $ _____    $ _____

24    _____    $ _____    $ _____

25    _____    $ _____    $ _____

26    9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27    they are payable.  Do not include account numbers.)

28    I have an outstanding loan to Financial aid school loan for over $55,000.00

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✔
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _February 3 2012_____        _J. Heidari_____
12       DATE                                          SIGNATURE OF APPLICANT