**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET
OAKLAND, CALIFORNIA 94612
Phone: (510) 637-3530



RICHARD W. WIEKING
　　Clerk of Court

February 7, 2012

Fariba Heidari
P.O. Box 731576
San Jose, CA 95173

**Re:    FARIBA HEIDARI  v. DOG EAR PUBLISHING, LLC., ET AL.**
　　　　C12-00558-DMR

Dear Ms. Heidari:

　　This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial.

　　Pursuant to 28 U.S.C. §636(c), the Magistrate Judges of this District have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.  A signed consent to the jurisdiction of the Magistrate Judge must be filed before consideration of any dispositive motion filed by either party.

　　A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  Please sign **one** of the attached forms documenting either: (1) your consent or (2) your declination and request for reassignment, and file the signed form with the Court by **no later than February 21, 2012.**  (These forms can also be found on the Court's website at www.cand.uscourts.gov.)  If you do not consent to proceed before a Magistrate Judge, your case will be reassigned to a District Court Judge.  You are free to withhold consent to this Court and request reassignment to a District Court Judge without any adverse substantive consequences.  Your Application to proceed *in forma pauperis* will be considered once consent is filed.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

　　　　　　　　　　　　　　　　　　　　By: Ivy L. Garcia
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARIBA HEIDARI,

        Plaintiff,

  v.

DOG EAR PUBLISHING, LLC., ET AL.,

        Defendants.

_____/

No. C-12-00558-DMR

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____       _____
                                                                               Signature

                                                                               Counsel for _____
                                                                               (Plaintiff, Defendant, or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIBA HEIDARI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOG EAR PUBLISHING, LLC., ET AL.,<br><br>　　　　　Defendants.<br>_____/ | No. C-12-00558-DMR<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")