UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| FARIBA HEIDARI,<br><br>        Plaintiff,<br><br>v.<br><br>DOG EAR PUBLISHING, LLC., ET AL.,<br><br>        Defendants.<br>_____/ | No. C-12-00558-DMR<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 02/10/2012

Signature /s/ Heidari

Counsel for Pro Se  Fariba Heidari
(Plaintiff, Defendant, or indicate "pro se")

2