Fariba Heidari
P.O. Box 731576
San Jose CA 95173
Phone: (408) 393-5246

Plaintiff, Pro Se

FILED
FEB 23 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

FARIBA HEIDARI,

    Plaintiff,

vs.

DOG EAR PUBLISHING, et al.,

    Defendants.

Case Number: 12-cv-0558 DMR

**REQUEST FOR INTER-DIVISION TRANSFER AND DECLARATION IN SUPPORT THEREOF**

Under 28 U.S.C. section 1404, I respectfully ask the Court to transfer this case from the Oakland division to the San Jose division.

In support of this request I declare as follows:

1. I am the plaintiff in the above-entitled matter, and reside in San Jose, CA.
2. I am not an attorney, and am representing myself pro se.
3. I am indigent, and cannot afford the commute expense to travel to San Francisco for assistance from the Federal Self Help Center, nor can I afford the travel expense to attend court in Oakland, CA.

REQUEST FOR INTER-DIVISION TRANSFER
AND DECLARATION IN SUPPORT THEREOF     Case No.:12-CV-0558 DMR

4. It is extremely inconvenient and stressful for me to spend considerable time traveling out of Santa Clara County to handle this case on my own, and to incur expense for transportation.

5. I consulted with the FLASH program, which advised that I file this request for transfer of my case from the Oakland to San Jose division. I am filing this request at the earliest possible time.

6. I request that the Court transfer this case from the Oakland to San Jose division of this Court in the interests of justice and for my convenience.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 02 23 2012        Signature: _Fariba Heidari_

Fariba Heidari, Plaintiff, Pro Se