**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   FARIBA HEIDARI,                              No. C-12-00558 DMR

12              Plaintiff,                        **ORDER TRANSFERRING CASE TO**
                                                  **SAN JOSE DIVISION**
13         v.

14   DOG EAR PUBLISHING, LLC., ET AL.,

15              Defendants.
     _____/
16

17         *Pro se* Plaintiff Fariba Heidari, who is proceeding *in forma pauperis*, has filed a request for

18   an intra-district venue transfer to the San Jose Division of this District.  [Docket No. 14.]  Plaintiff,

19   who resides in San Jose, argues that a transfer would best serve the interests of justice as she is

20   indigent and cannot afford commuting costs to attend court in Oakland and to travel to San

21   Francisco to seek assistance from the Self Help Center.  It appears that of the five Defendants in this

22   matter, four are located out of state and one, Defendant Richard Sellers, is located in Gilroy,

23   California, in Santa Clara County, the county in which the San Jose Division is located.  (Compl. 2.)

24   Therefore, it does not appear that such a transfer would cause inconvenience to Defendants.

25         Civil Local Rule 3-2(h) permits the transfer of an action to another division within this

26   District if it serves the interests of justice and the convenience of the parties and witnesses.  This

27   court finds that such a transfer will best serve the interests of justice and the convenience of the

28

1   parties and witnesses in this case, and accordingly orders that this action be transferred from the

2   Oakland Division of the Northern District of California to the San Jose Division.

3

4        IT IS SO ORDERED.

5

6   Dated:  February 28, 2012

7                      _____

8                      DONNA M. RYU
                            United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**United States District Court**
For the Northern District of California