AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Northern District of California

FARIBA HEIDARI )
*Plaintiff* )
v. ) Civil Action No. CV 12-00558 DMR
DOG EAR PUBLISHING, LLC., ET AL. )
*Defendant* )

**FILED MAR 19 2012** RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ALAN HARRIS, MILES NELSON, RAYMOND ROBINSON
4010 West 86th Street, Suite H
Indianapolis, IN 46268

RICHARD SELLERS
6000 Winged Foot Drive
Gilroy, CA 95020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fariba Heidari
P.O. Box 731576
San Jose, CA 95173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Richard W. Wieking

VALERIE KYONO

Date: February 14, 2012

*Signature of Clerk of Court or Deputy Clerk*

USM 285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case5:12-cv-00851-PSG Document13-12 Filed03/19/12 Page2 of 2

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fariba Heidari | DMR PSG |
| DEFENDANT | TYPE OF PROCESS |
| Dog Ear Publishing LLC et.al. | See below |

2012 FEB 22 PM 3:28
NORTHERN DISTRICT
OF CALIFORNIA

FILED
MAR 16 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richard Sellers
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6000 Winged Foot Drive, Gilroy, CA 95020

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Fariba Heidari
P.O. Box 731576
San Jose, CA 95173

| | |
|---|---|
| Number of process to be served with this Form | |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Complaint, ADR Scheduling Order, Order Granting IFP and summons

| Signature of Attorney other Originator requesting service on behalf of: VALERIE KYONO | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 510-637-3537 | DATE 2/14/12 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 2/16/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: FWD. TO S/J on 2/21/12 for Personal service.
3/9/2010 - Dale Morejon inorfmed us that Rickard Sellers Sold him the home in 2010 and does not live there anymore.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Sold 2010. Dale Morejon