1  Fariba Heidari
   P.O. Box 731576
2  San Jose CA 95173
   Phone: (408) 393-5246
3
4  Plaintiff, Pro Se
5
6                    UNITED STATES DISTRICT COURT
7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                            SAN JOSE DIVISION
9

10 )
11 FARIBA HEIDARI                        ) Case Number: 12-cv-0558 PSG
   ,                                    ) **ORDER GRANTING**
12              Plaintiff,               ) **REQUEST TO USE DISTRICT COURT**
                                         ) **LIBRARY, AND DECLARATION IN**
13      vs.                              ) **SUPPORT THEREOF**
                                         )
14 DOG EAR PUBLISHING, et al.,           )
                                         )
15              Defendants.              )
                                         )
16                                       )
                                         )
17                                       )
                                         )
18                                       )
                                         )
19 _____)

20      I respectfully ask the Court to grant me access to the District Court's library at 280 South
21 First Street, San Jose, CA..
22      In support of this request I declare as follows:
23   1. I am the plaintiff in the above-entitled matter, and reside in San Jose, CA.
24   2. I am not an attorney, and am representing myself pro se.
25   3. My IFP application was granted by the Court.
26   4. Access to the Court's library would best assist me to prosecute my copyright case on
27 my own.

REQUEST TO USE DISTRICT COURT LIBRARY,        Case No.:12-CV-0558 PSG
AND DECLARATION IN SUPPORT THEREOF

5. I did visit the Santa Clara County Law Library, and its facilities were deficient in the area of copyright law.

6. I request that the Court grant me access to the Court's library.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 03/21/2012         Signature: /s/ Fariba Heidari

Fariba Heidari, Plaintiff, Pro Se

IT IS SO ORDERED.

Dated: April 4, 2012        /s/ Paul S. Grewal

Paul S. Grewal
United States Magistrate Judge

REQUEST TO USE DISTRICT COURT LIBRARY,         Case No.:12-CV-0558 PSG
AND DECLARATION IN SUPPORT THEREOF