AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Heidari | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. CV 12-00558 PSG |
| Dog Ear Publishing LLC | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Richard L. Sellers
1351 Diablo Drive
Hollister, CA 95023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Fariba Heidari**
P.O. Box 731576
San Jose, CA 95173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Date: Apr 17, 2012

**Betty Walton**
*Signature of Clerk of Court or Deputy Clerk*