UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FARIBA HEIDARI,<br><br>           Plaintiff,<br><br>     v.<br><br>DOG EAR PUBLISHING LLC, et al.,<br><br>           Defendant. | ) <br> ) <br> ) Case Number: 12-CV-00558 PSG <br> ) <br> ) <br> ) ORDER APPOINTING COUNSEL AND <br> ) STAYING PROCEEDINGS FOR 30 DAYS <br> ) <br> ) <br> ) <br> ) |

  Plaintiff Fariba Heidari has requested and is in need of counsel to assist her in this matter. An attorney is willing to be appointed to undertake this representation. Jeff Faucette of SKAGGS FAUCETTE LLP is hereby appointed as counsel for Fariba Heidari in this matter.

  The scope of this referral shall be for:

   ☒ all purposes for the duration of the case

   ☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

    ☐ discovery as follows:

    ☐ other:

  Counsel shall be familiar with General Order No. 25 posted on the Court's website.

  All proceedings in this action are hereby stayed for 30 days from the date of this order.

  IT IS SO ORDERED.

Dated:  June 7, 2012

                _____
                United States Magistrate Judge